PROB 35

## ORDER TERMINATING SUPERVISED RELEASE
## PRIOR TO EXPIRATION DATE

### UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA**                )
                                             )
                              **vs.**        )        **Docket Number:  2:03CR00520**
                                             )
**RANDALL WAYNE FOREMAN**                    )
_____          )

On May 24, 2002, the above-named was placed on supervised release for a period of 5 years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,


/s/Lori L. Koehnen
**LORI L. KOEHNEN**
**Senior United States Probation Officer**

Dated:        March 28, 2008
              Sacramento, California
              LLK/cp

**REVIEWED BY:    /s/Kyriacos M. Simonidis**_____
                  **KYRIACOS M. SIMONIDIS**
                  **Supervising United States Probation Officer**

**Re:    Randall Wayne FOREMAN**
       **Docket Number:   2:03CR00520**
       **ORDER TERMINATING SUPERVISED RELEASE**
       <u>**PRIOR TO EXPIRATION DATE**</u>

---

### ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

|   March 29, 207                          |   /s/ Edward J. Garcia                     |
|------------------------------------------|--------------------------------------------|
| **Date**                                 | **EDWARD J. GARCIA**                        |
|                                          | **Senior United States District Judge**     |

Attachment:    Recommendation
cc:       United States Attorney's Office